# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CARAVAN CANOPY INT'L, INC., <br><br> Plaintiff, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, LOWE'S HOME CENTERS, LLC, Z-SHADE CO. LTD., WALMART INC., SHELTERLOGIC CORP., et al., <br><br> Defendants. | Case No. 8:19-cv-01072-PSG-ADS <br> Case No. 5:19-cv-01224-PSG-ADS <br> Case No. 2:19-cv-06224-PSG-ADS <br> Case No. 2:19-cv-06952-PSG-ADS <br> Case No. 2:19-cv-06978-PSG-ADS <br><br> **ORDER GRANTING ENTRY OF STIPULATED PROTECTIVE ORDER AND E-DISCOVERY ORDER** |

THIS COURT, having considered the parties' Joint Stipulation for Entry of Stipulated Protective Order and E-Discovery Order, HEREBY ORDERS Protective Order and Standing Patent E-Discovery Order be issued in this action regarding certain documents and information produced during discovery.

IT IS SO ORDERED.

Dated: March 3, 2020                      /s/ Autumn D. Spaeth
                                                        Honorable Autumn D. Spaeth
                                                        United States District Court Judge