1  KILPATRICK TOWNSEND & STOCKTON LLP
   STEVEN D. MOORE (State Bar No. 290875)
2  smoore@kilpatricktownsend.com
   Two Embarcadero Center, Suite 1900
3  San Francisco, CA  94111
   Telephone:415 576 0200
4  Facsimile:  415 576 0300

5  MEGAN M. CHUNG (State Bar No. 232044)
   mchung@kilpatricktownsend.com
6  9720 Wilshire  Blvd PH
   Beverly Hills,  CA 90212-2018
7  Telephone:  (310) 248-3830
   Facsimile:   (310) 860-0363
8  (*Additional Counsel Included on Signature Page*)

9  Attorneys for Defendant
   WALMART INC.

10

11            **UNITED STATES DISTRICT COURT**

12       **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13                 **SOUTHERN DIVISION**

14

| | |
|---|---|
| 15  CARAVAN CANOPY INT'L, INC., | Civil Action No. 2:19-cv-06978-PSG-ADS |
| 16                  Plaintiff, | |
| 17       v. | consolidated with Case. No. 8:19-cv-01072-PSG-ADS |
| 18  WALMART INC., DOES 1 THROUGH 10, | **DECLARATION OF KATHLEEN GEYER IN SUPPORT OF WALMART'S MOTION TO STRIKE PLAINTIFF'S INFRINGEMENT CONTENTIONS** |
| 19                  Defendants. | |
| 20 | |
| 21 | |

22       I, Kathleen Geyer, make the following Declaration:

23       1.      I am an associate at Kilpatrick  Townsend & Stockton LLP, attorneys of

24  record for the Defendant Walmart Inc. ("Walmart") in the above case. I submit this

25  declaration in support of Walmart's Motion to Strike Plaintiff's Infringement

26  Contentions. I make this declaration based on my personal knowledge and on

27  documents and records maintained in the ordinary course of business by my law

28  firm.

2.     Attached hereto as Exhibit A is a true and correct copy of Judge Guilford's Standing Patent Rules.

3.     Attached hereto as Exhibit B is a true and correct copy of Plaintiff's Patent Disclosures identifying the Accused Instrumentalities only as "Ozark Trail, for each asserted claim", served on counsel for Walmart on December 10, 2019.

4.     Attached hereto as Exhibit C is a true and correct copy of Exhibit D to Plaintiff's Patent Disclosures (*Jung-Woo Jang v. Caravan Canopy Int'l, Inc.*, Case No. CV 03-1024 DSF (VBKx) (C.D. Cal.), ECF No. 94, Declaratory Judgement; Dismissal of Remaining Claims and Counterclaims) served on counsel for Walmart on December 10, 2019.  The order declares "as of the date of this order, Caravan is the true and rightful owner of U.S. Patent Nos. 5,944,040, 5,794,640, and 6,152,157."

5.     Attached hereto as Exhibit D is a true and correct screen capture of the results of searching for "Ozark Trail" on Walmart.com and selecting "See all ozark trail" taken March 31, 2020.

6.     Attached hereto as Exhibit E is a true and correct copy of Exhibit A to Plaintiff's Patent Disclosures (Claim Chart for Walmart, Ozark Trail Canopy U.S. Patent No. 5,944,040) served on counsel for Walmart on December 10, 2019. The claim chart states that it "compares independent claim 1 and dependent claims 2 and 3 of U.S. Patent No. 5,944,040 to the ***Walmart, Ozark Trail cathedral style frame***" (emphasis added).

7.     On March 25, 2020 I participated in a telephonic meet and confer with counsel for Caravan.  During this meet and confer, Walmart reiterated the deficiencies in Caravan's Infringement Contentions.  Specifically, that they failed to identify the Accused Instrumentalities as specifically as reasonably possible and failed to provide a claim chart for each Accused Instrumentality.  Caravan acknowledged Walmart's concerns and did not indicate it would take any action in response to those concerns.

8.    Attached hereto as Exhibit F is a true and correct screen capture of the search results for "Ozark Trail cathedral style frame" on Walmart.com taken March 24, 2020.

I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of April 2020, at Seattle, Washington.

*/s/ Kathleen Geyer*
KATHLEEN GEYER